## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, PLUMBERS & PIPEFITTERS LOCAL UNION #99 APPRENTICE FUND, PLUMBERS & PIPEFITTERS LOCAL UNION #99 ORGANIZING FUND, PLUMBERS & PIPEFITTERS LOCAL UNION #99 POLITICAL ACTION COMMITTEE, BLOOMINGTON-NORMAL PIPING INDUSTRIAL FUND, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATEAS AND CANADA LOCAL UNION #99, PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 99 401(K) FUND, LOCAL NO. 99 OF THE UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS PENSION PLAN, and INTERNATIONAL TRAINING FUND, <br><br>  Plaintiffs, <br><br> v. <br><br> THE LANE COMPANY, INC., <br><br>  Defendant. | Case No.  1:17-cv-1569 |

## **ORDER**

On May 11, 2018, this Court granted default judgment to Plaintiffs in the total amount of $203,690.84. (Doc. 10). A full background of the dispute may be found in that Order & Opinion. On May 14, 2018, judgment was entered. (Doc. 11). On

February 1, 2019, the parties stipulated Defendant owed Plaintiffs a total amount of $240,621.11. (Doc. 26 at 2). Based upon this stipulation, Plaintiffs filed the motion currently before the Court, which requested the judgment be amended to reflect the approximately $37,000 difference. (Doc. 27).

Federal Rule of Civil Procedure 59(e) provides: "A motion to alter or amend judgment must be filed no later than 28 days after the entry of judgment." Two hundred and sixty-three days have elapsed between the entry of judgment and the motion to amend the judgment. The motion is not timely. Therefore, the Court lacks authorization to enter the amended judgment and Plaintiffs' motion must be denied. Of course, nothing in this Order prevents Defendant from paying the additional $37,000 it agrees it owes to Plaintiffs.

## CONCLUSION

Plaintiffs' Motion for Entry of an Amended Judgment (Doc. 27) is DENIED.

SO ORDERED.

Entered this 4th day of February 2019.

s/Joe B. McDade<br>
JOE BILLY McDADE<br>
United States Senior District Judge